IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KELLI ROGERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO.: 1:17-cv-522-RP |
| | § | |
| CORIX UTILITY SERVICES (US) INC., | § | |
| | § | |
| Defendant. | § | |

## REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to the Court's Scheduling Order and Local Rule CV-88, the parties file this their Report on Alternative Dispute Resolution as follows:

1. Status of Settlement Negotiations. The parties have not had any settlement discussions thus far but will comply with the deadlines for submitting demands and offers contained in the Court's Scheduling Order.

2. Person Responsible for Negotiations. The person responsible for handling settlement negotiations on behalf of Kelli Rogers is Kell Simon. The person responsible for handling settlement negotiations on behalf of Corix Utility Services (US) Inc. is Lacey Gourley.

3. ADR. The parties have reviewed and are aware of the ADR procedures available in this District.

4. Certification of Counsel. Counsel for Plaintiff certifies that he has informed Plaintiff of the ADR procedures available in this District. Counsel for Defendant certifies that she has informed Defendants of the ADR procedures available in this District.

DATED:  July 26, 2017

Respectfully submitted,

THE LAW OFFICES OF KELL A. SIMON

By: /s/ Kell A. Simon
Kell A. Simon
Texas State Bar No. 24060888
E-Mail:  kell@kellsimonlaw.com
902 East Fifth Street, Suite 207
Austin, Texas 78702
(512) 898-9662 Telephone
(512) 368-9144 Facsimile

Attorney for Plaintiff Kelli Rogers


WINSTEAD PC

By: /s/ Lacey L. Gourley
Lacey L. Gourley
Texas State Bar No. 08235620
E-Mail:  lgourley@winstead.com
401 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone:  (512) 370-2835
Facsimile:  (512) 370-2850

Attorneys for Defendant Corix Utility Services (US) Inc.